**Satish DESHPANDE, Plaintiff–Appellant,**

v.

**MEDISYS HEALTH NETWORK, INC., et al., Defendants–Appellees.**

**No. 10–1973–cv.**

United States Court of Appeals, Second Circuit.

May 23, 2011.

Satish Deshpande, Scarsdale, NY, pro se.

Celena R. Mayo, Esq., Wilson Elser Moskowitz Edelman & Dicker LLP, New York, NY, for Appellees.

PRESENT: JOSEPH M. McLAUGHLIN, ROSEMARY S. POOLER, B.D. PARKER, Circuit Judges.

## SUMMARY ORDER

Appellant Satish Deshpande, proceeding *pro se,* appeals the district court's decision granting Appellees' motion for summary judgment and dismissing Appellant's complaint brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.,* ("Title VII"), New York Human Rights Law, N.Y. Exec. Law § 290 *et seq.,* and New York City Human Rights Law, New York City Administrative Code § 8–107 *et seq.* We assume the parties' familiarity with the underlying facts and the procedural history of the case.

We review orders granting summary judgment *de novo* and focus on whether the district court properly concluded that there was no genuine issue as to any material fact and the moving party was entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson, L.L.P.,* 321 F.3d 292, 300 (2d Cir.2003).

Having conducted an independent review of the record in light of these principles, we affirm the district court's order for substantially the same reasons stated by the district court in its thorough and well-reasoned decision.

We have considered Appellant's other arguments on appeal and have found them to be without merit. Accordingly, the order of the district court is hereby **AFFIRMED.**